**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRIS FINNEFROCK,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANNIE MARIE, *et al.*,** | : | |
| **Defendants.** | : | **NO. 26-4775** |

**ORDER**

**AND NOW**, this **28th** day of **September 2026**, upon consideration of Plaintiff's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as time-barred; pursuant to 28 U.S.C. § 1915A(b) for the reasons stated in the Court's Memorandum;

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, J.**